UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES JAMISON,<br>    Plaintiff, | Case No. 1:19-cv-790 |
| vs. | Barrett, J.<br>Bowman, M.J. |
| U.S. ATTORNEY JESSICA<br>KNIGHT, et. al,<br>    Defendants. | **ORDER AND REPORT<br>AND RECOMMENDATION** |

In September 2019, plaintiff, a resident at a halfway house in Cincinnati, Ohio, commenced this pro se action against defendants U.S. Attorney Jessica Knight, U.S. District Judge Timothy S. Black, and U.S. Probation Officer Darla Huffman.  Plaintiff alleged that defendants violated his constitutional rights in connection with his March 22, 2018 supervised release violation and imposition of a twenty-four-month sentence for new offenses of identity theft, wire fraud, and mail fraud.

On October 9, 2019, the undersigned issued an Order granting plaintiff leave to proceed *in forma pauperis*.  (Doc. 5).  On the same date, the undersigned issued a Report and Recommendation to dismiss the complaint for failure to state a claim because the defendants are immune from suit.  (Doc. 7).  The Report and Recommendation (Doc. 7) remains pending before the District Court.

Currently before the Court are plaintiff's motions to supplement his complaint (Docs. 2, 11), plaintiff's motion for summary judgment (Doc. 9), and plaintiff's supplemental motion for summary judgment (Doc. 10).  The Court has previously considered the allegations contained in plaintiff's supplemental complaint (Doc. 2) in its October 9, 2019 Report and Recommendation to dismiss the complaint for failure to state a claim upon which relief may be granted.  (*See* Doc. 7, at PageID 121).  Plaintiff's first motion to supplement his complaint (Doc. 2) is thereby

**GRANTED**.  *See Broyles v. Corr. Med. Servs., Inc.*, No. 08-1638, 2009 WL 3154241, at *3 (6th Cir. Jan. 23, 2009) (holding that "Rule 15(a) permits a plaintiff to file an amended complaint, without seeking leave from the court, at any time before a responsive pleading is served"). However, for the reasons stated in the October 9, 2019 Report and Recommendation (Doc. 7), plaintiff's complaint, as supplemented, should be dismissed for failure to state a claim upon which relief may be granted.  *See* 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

Plaintiff's second motion to supplement his complaint (Doc. 11) is duplicative of the above-mentioned motion to supplement (Doc. 2). Because plaintiff's second motion to supplement (Doc. 11) is duplicative of the previous motion (Doc. 2), the second motion to supplement the complaint (Doc. 11) should be **DENIED.**

Additionally, in light of the Court's October 9, 2019 Report and Recommendation to dismiss the complaint for failure to state a claim upon which relief may be granted (Doc. 7), plaintiff's motion and supplemental motion for summary judgment (Docs. 9, 10) should be **DENIED.**

## IT IS THEREFORE ORDERED THAT:

1. Plaintiff's first motion to file a supplemental amended complaint (Doc. 2) is **GRANTED**.

## IT IS THEREFORE RECOMMENDED THAT:

1. The Court **ADOPT in its entirety** the October 9, 2019 Report and Recommendation (Doc. 7) and, for the reasons set forth therein, **DISMISS with prejudice** plaintiff's complaint, as supplemented, for failure to state a claim upon which relief may be granted.  *See* 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

2. Plaintiff's second motion for leave to filed a supplemental complaint (Doc. 11) be

**DENIED as duplicative**.

3.  In light of the Court's October 9, 2019 Report and Recommendation to dismiss the complaint for failure to state a claim upon which relief may be granted (Doc. 7), plaintiff's motion and supplemental motion for summary judgment (Docs. 9, 10) be **DENIED.**

4.  The Court certify pursuant to 28 U.S.C. § 1915(e)(2)(B) that for the foregoing reasons an appeal of any Order adopting this Order and Report and Recommendation would not be taken in good faith, and therefore, deny plaintiff leave to appeal *in forma pauperis*. See *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

JAMES JAMISON,
    Plaintiff,

vs.

U.S. ATTORNEY JESSICA
KNIGHT, et. al,
    Defendants.

Case No. 1:19-cv-790

Barrett, J.
Bowman, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

4